## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **ARETHA COOPER-HILL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO. 5:18-CV-23 (MTT)** |
| | ) | |
| | ) | |
| **HANCOCK COUNTY BOARD OF** | ) | |
| **COMMISSIONERS, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Plaintiff Aretha Cooper-Hill filed her complaint on January 19, 2018.  Doc. 1.

Cooper-Hill also moved to proceed *in forma pauperis*, which the Court denied on

February 1, 2018.  Docs. 2; 3; 5.  Cooper-Hill then paid the $400 filing fee as required.

However, according to the record, Cooper-Hill has not yet served the Defendants as

required by Fed. R. Civ. P. 4(m), and the deadline to do so was May 2, 2018.[1]

Accordingly, the Court **ORDERS** Cooper-Hill to show cause why her case should not be

dismissed by May 24, 2018.

      **SO ORDERED**, this the 18th day of May, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Rule 4(m) requires that a defendant be served within 90 days after the complaint is filed.  However, when a plaintiff moves to proceed IFP and the court denies that motion, it is unclear whether the time for service should be computed based on the filing of the compliant or the denial of the IFP motion.  *Cf. Heenan v. Network Publications, Inc.*, 181 F.R.D. 540, 542-43 (N.D. Ga. 1998) (computing the time for service based on the date the plaintiff's request to proceed IFP was granted).  Out of caution, the Court considers the deadline for service to be 90 days from the denial of Cooper-Hill's motion to proceed IFP.